## Otto Bergman, Defendant in Error, v. The Empire Tea Company, Plaintiff in Error.

### Gen. No. 20,005.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed December 22, 1914.

### Statement of the Case.

Action for injuries to a horse and buggy by Otto Bergman against The Empire Tea Company, a corporation. A judgment was rendered in favor of the plaintiff, and the defendant brought error.

CHARLES W. STIEFEL, for plaintiff in error; JOHN B. HEINEMANN, of counsel.

COBURN & BENTLEY, for defendant in error.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. ANIMALS, § 43*—*when evidence shows negligence in management.* Evidence *held* to warrant a finding that a driver of a horse and wagon was guilty of negligence in placing the horse in a

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

dangerous place, under an elevated railroad track, and taking the bridle bit out of the mouth of the horse and leaving it unhitched and unfettered while he was engaged on some errand at the wagon.

2. ANIMALS, § 43*—*when evidence sufficient to show cause of injury.* Evidence *held* to show that a collision due to a horse running away was the cause of the loss of another horse which died shortly after such collision.